IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TAMIKA MECCA SMITH EL BEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 119-055 |
| | ) | |
| ERIN SCHUETZE, of Auben Realty, LLC; | ) | |
| UNIDENTIFIED AGENT OF AUBEN | ) | |
| REALTY, LLC; VICKI HESTER; | ) | |
| CHARLES LYON; AMY HARKE; | ) | |
| RAMONE LAMPKIN; ROBERT SAMS; | ) | |
| EUGENE BRENTLY; STEVEN BILLMAN; | ) | |
| and SCOTT REECE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 26th day of August, 2019, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA