# United States District Court
## Southern District of Georgia

TAMIKA MECCA SMITH EL BEY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 119-055

ERIN SCHUETZE, of Auben Realty, LLC; UNIDENTIFIED AGENT OF AUBEN REALTY, LLC; VICKI HESTER; CHARLES LYON; AMY HARKE; RAMONE LAMPKIN; ROBERT SAMS; EUGENE BRENTLY; STEVEN BILLMAN; and SCOTT REECE,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated August 26, 2019 adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, that Plaintiff's case is dismissed without prejudice. This case stands closed.



08/26/2019
Date

Scott L. Poff
Clerk

/s/ Jamie Hodge
(By) Deputy Clerk